# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 10-cv-01729-CMA-KMT

MARK S. O'BRIEN,

    Plaintiff,

v.

DISH NETWORK, L.L.C., a Colorado limited liability company,

    Defendant.

## ORDER GRANTING STAY OF ACTION
## PENDING COMPLETION OF ARBITRATION

    This matter is before the Court on the parties' Joint Motion To Compel Arbitration and Stay Action Pending Completion of Arbitration (Doc. # 6). Upon consideration of the motion, and for good cause appearing, the Court hereby

    ORDERS that the parties shall proceed to arbitration in accordance with the terms of their agreement. It is

    FURTHER ORDERED that this action is hereby ADMINISTRATIVELY CLOSED pursuant to D.C.COLO.LCivR 41.2, unless and until this action is reopened for good cause shown.

    DATED: August __23__, 2010

                                BY THE COURT:

                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Judge