**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01729-CMA-KMT

MARK S. O'BRIEN,

    Plaintiff,

v.

DISH NETWORK, L.L.C., a Colorado limited liability company,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Plaintiff's Unopposed Motion to Dismiss With Prejudice (Doc. # 9) is GRANTED. This case was previously administratively closed on August 23, 2010. The Court having now been advised that all issues have been resolved in binding arbitration, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE.

DATED:  January __30__, 2012

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Court Judge